# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160115(21)

*In re* PETITION OF WAYNE COUNTY
TREASURER FOR FORECLOSURE
_____

WAYNE COUNTY TREASURER,
      Petitioner-Appellee,

v

DARRELL LAMAR MARSHALL,
      Respondent-Appellant.
_____/

SC: 160115
COA: 349409
Wayne CC: 18-006771-CH

      On order of the Chief, the motion of petitioner-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED.  The answer submitted on November 12, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2019



Clerk